RECEIVED
IN MONROE, LA
JAN 0 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LOURELLE ROBERTS, AKA LOURELE ROBERTS, AKA LAURELE ROBERTS, AKA LAURELLE ROBERTS | CIVIL ACTION NO. 07-1355 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN B. FOX, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 4] is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 4 day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE